# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00188-REB

ROBIN V. TALLY,

    Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections,
RON LEYBA, Warden, San Carlos Correctional Facility, Pueblo, Colorado, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the court's own motion to withdraw the Order of Reference [#6], entered February 15, 2006.  Said reference is WITHDRAWN and the referral of the Motion for Permission to File Traverse [#18], filed March 27, 2006, is also WITHDRAWN.

    IT IS FURTHER ORDERED that the Motion for Permission to File Traverse [#18], filed March 27, 2006, is GRANTED and the petitioner shall file his traverse on or before **April 28, 2006**.

Dated:  March 28, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.