**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00188-REB

ROBIN V. TALLY,

    Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections,
RON LEYBA, Warden, San Carlos Correctional Facility, Pueblo, Colorado, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

**ORDER**

**Blackburn, J.**

    This matter is before me on the application for writ of habeas corpus filed by the applicant, Robin V. Tally, on February 2, 2006.  On February 16, 2006, I issued an Order to Answer Within Three Days.  The respondents were granted an extension of time to file their response, without opposition from the applicant.  The respondent filed a response to the application on March 9, 2006.  The applicant then asked the court to permit him to file a traverse on or before April 28, 2006, and that request was granted.  With the flng of the applicant's traverse on April 28, 2006, this case now is at issue.

    Title 28 U.S.C. § 2243 provides, in part:"When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed."  Having reviewed the filings listed above, I find that this case presents issues of law but does not present issues of fact.  I further find that the issues of law presented by this case require careful consideration.  The parties' filings are

voluminous. The application, response, and traverse consume nearly 300 pages. Since the filing of the response and traverse, I have not had the opportunity to complete a careful consideration of the issues presented by this case. I find that these circumstances constitute good cause for the allowance of a brief period of additional time under § 2243.

**THEREFORE IT IS ORDERED AS FOLLOWS**:

1) That the five day hearing deadline provided in 28 U.S.C. § 2243 shall be extended for an additional twenty seven days to June 1, 2006;

2) That a hearing shall be held in this matter on **Thursday, June 1, 2006, at 10:00 a.m.** in Courtroom 701 of the Alfred Arraj United States Courthouse, 901 19th St, Denver, Colorado; and

3) That if the court issues a written ruling in this matter prior to the hearing, then the court will notify counsel for the parties, and the hearing will be vacated.

Dated May 4, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**