### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-00188-REB

ROBIN V. TALLY,

    Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections,
RON LEYBA, Warden, San Carlos Correctional Facility, Pueblo, Colorado, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## ORDER FOR PRODUCTION OF STATE COURT RECORD

**Blackburn, J.**

    This matter is before me on the application for writ of habeas corpus [#1] filed by the applicant, Robin V. Tally, on February 2, 2006. With the fling of the applicant's traverse on April 28, 2006, this case now is at issue. I have reviewed preliminarily the application, the respondents' answer, and the applicant's traverse. Based on that review, I conclude that I must review some portions of the record of proceedings in the state trial court which led to the criminal conviction that Tally challenges in his habeas application. That record has not been filed in this case.

    As I previously have noted, 28 U.S.C. § 2243 provides, in part:"When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed." I find that the need for production and review of the state court trial record constitutes good cause for the allowance of a period of additional time under § 2243.

**THEREFORE, IT IS ORDERED** as follows:

1. That on or before **June 23, 2006**, the respondents shall file with this court the compete trial court record from Jefferson County District Court, **People v. Robin V. Tally**, (case number unknown), which currently is in the custody of the Clerk of the Jefferson County District Court;

2. That the Clerk of the Jefferson County District Court is directed to provide the above described record to counsel for the respondents in this case for filing with this court;

3. That the state trial court record need not be filed electronically, and may be filed in paper format;

4. That when the trial court record has been filed, the respondent shall file electronically a brief notice indicating that the trial court record has been filed;

5. That the hearing set in this matter for Thursday, June 1, 2006, at 10:00 a.m. is **VACATED** pending production and review of the state court record;

6. That a hearing shall be held in this matter on **Thursday, July 27, 2006, at 10:00 a.m.** in Courtroom 701 of the Alfred Arraj United States Courthouse, 901 19th St, Denver, Colorado; and

7. That if the court issues a written ruling in this matter prior to the hearing, then the court will notify counsel for the parties and the hearing will be vacated.

Dated May 30, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge