# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00188-REB

ROBIN V. TALLY,

    Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections,
RON LEYBA, Warden, San Carlos Correctional Facility, Pueblo, Colorado, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## MINUTE ORDER[1]

    The Motion for Notice, One Week in Advance, Regarding Status of Possible Hearing [#23], filed May 11, 2006, is DENIED as moot based on the court's Minute Order of June 13, 2006, Docket Number 26.

Dated: June 13, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.