IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00188-REB

ROBIN V. TALLY

      Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections,
RON LEYBA, Warden, San Carlos Correctional Facility, Pueblo, Colorado, and
JOHN SUTHERS, Attorney General, State of Colorado,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Blackburn, Judge

      Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 5th day of December, 2006.

                                BY THE COURT:

                                s/ Robert E. Blackburn

                                JUDGE, UNITED STATES DISTRICT COURT
                                FOR THE DISTRICT OF COLORADO