IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2009

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 06-cv-00188-REB

Robin V. Tally,

    Petitioner,

vs.

Joe Ortiz, et al.,

    Respondent.

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, September 21, 2009.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

Re: 06-cv-00188-REB

## CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on    September 22, 2009.

Jefferson County Court
100 Jefferson County Parkway
Golden, Colorado 80401

Joe O'Hara
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00188-REB

Robin V. Tally,
    Plaintiff(s)

vs.

Joe Ortiz, et al.,
    Defendant(s).

## RECEIPT FOR STATE COURT RECORD
Eleven Transcripts; Two volumes of State Court Documents; Five Manilla envelopes: (vol.1, mental health & diagnostic reports; vol. 2, jury questionnaires & jury questions in sealed envelope; vol. 3, Grand Jury Exhibits; vol.4, Lakewood police dept. exhibits; vol. 5, Exhibits & Video Tapes (peoples).

Please acknowledge receipt of the State Record by signing and dating below.

By: _____
Joseph O'Hara
Deputy Clerk

_____
**Recipients Signature**

_____
**Date**